## 36708. TROTTER v. TROTTER.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Bowles, J., who dissents.*

SUBMITTED SEPTEMBER 26, 1980 — DECIDED OCTOBER 29, 1980.

*Reiter & Windham, Richard E. Reiter, Jr.,* for appellant.
*William T. Cox, Jr.,* for appellee.